UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA TALLEY,
     Plaintiff,

v.                                                Case No.:  3:24cv34/MCR/ZCB

BRIGHT BLUE POOL INC., et al.,
     Defendants.

_____/

**SETTLEMENT CONFERENCE REPORT**

On April 29, 2026, the undersigned conducted a settlement conference under 28 U.S.C. § 636(b) and upon referral (Doc. 56).  The conference resulted in a settlement.  Because there is an FLSA wage and hour claim in this case, the Court must approve the settlement of the FLSA wage and hour claim.

Accordingly, it is **ORDERED** that this case is **STAYED**, and the parties have **fourteen days** from the date of this order to file a joint motion to approve the settlement agreement for the FLSA wage and hour claim.  With the motion, the parties should file the signed agreement, confirm that it includes every term and condition of the parties' agreement regarding the FLSA wage and hour claim, identify the bona

1

fide FLSA wage and hour dispute, and demonstrate the reasonableness of the proposed attorney's fee.[1]

SO ORDERED this 29th day of April 2026.

/s/ Zachary C. Bolitho

Zachary C. Bolitho
United States Magistrate Judge

---

[1] If the parties wish to consent to magistrate judge jurisdiction for the approval of the settlement, they should notify the Court of such consent in their motion to approve the FLSA settlement agreement.